JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PHILLIP LEE BROCK,<br><br>          Plaintiff,<br><br>     v.<br><br>STATE OF CALIFORNIA, ET AL.,<br><br>          Defendant(s). | Case No. 2:22-cv-00379-DOC-MAR<br><br>JUDGMENT |

Pursuant to the Memorandum and Order Dismissing Case, **IT IS HEREBY ADJUDGED** that this action is dismissed without prejudice.

Dated: May 25, 2022

*/s/ David O. Carter*

HONORABLE DAVID O. CARTER
United States District Judge